UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | |
|---|---|
| HUA XIN,<br><br>    Plaintiff,<br><br>  - v -<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>    Defendants | **MEMORANDUM**<br><br>CV-04-2403 (NG)(VVP) |

----------------------------------------------------------x

  By letter dated September 17, 2005 (received in chambers on September 23, 2005 and not filed via ECF), the plaintiff's counsel seeks to restore this matter to the active calendar. This matter was dismissed by Judge Gershon for failure to prosecute. Accordingly, any application seeking to vacate Judge Gershon's order must be directed to her.

                **SO ORDERED:**

                *Viktor V. Pohorelsky*

                VIKTOR V. POHORELSKY
                United States Magistrate Judge

Dated:  Brooklyn, New York
     October 6, 2005