UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X    04 CV 2403 (NG) (VVP)

HUA XIN,

                **Plaintiff,**

  -against-                                          **ORDER**

UNITED STATES POSTAL SERVICE and
UNITED STATES OF AMERICA,

                **Defendants.**
-----------------------------------------------------------------X

**GERSHON, United States District Judge:**

        The court is in receipt of a letter from plaintiff's counsel dated October 12, 2005, which has not been properly filed, requesting that this case be restored to "active status."

        As an initial matter, counsel is advised that electronic filing is **mandatory** in this district for all cases other than *pro se* cases. Pursuant to E.D.N.Y. Administrative Order 2004-08, unless an exemption is granted by the United States Magistrate Judge assigned to the case, all documents must be filed via the court's electronic case filing ("ECF") system. **Future documents submitted by other means will not be accepted by the court.**

        By order dated June 20, 2005, this case was dismissed for failure to prosecute. Judgment was entered on June 22, 2005. If counsel seeks relief from that judgment on behalf of plaintiff, counsel must do so in the manner prescribed by the Federal Rules of Civil Procedure. The letter dated October 12, 2005 is not sufficient.

                                                            **SO ORDERED.**

                                                            /S/
                                                      **NINA GERSHON**
                                                      **United States District Judge**

Dated: Brooklyn, New York
         November 1, 2005